UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLAN WONG, et al.,<br><br>    Plaintiffs.<br><br>v.<br><br>GLAXOSMITHKLINE CONSUMER HEALTHCARE HOLDINGS (US) LLC,<br><br>    Defendant. | Case No. 24-cv-06776-MMC<br><br>**JUDGMENT IN A CIVIL CASE**<br><br>Re: Dkt. No. 59 |

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

Defendant's motion to dismiss is hereby GRANTED and the Second Amended Complaint is hereby DISMISSED.

**IT IS SO ORDERED AND ADJUDGED**

Dated: 8/4/2025

Mark B. Busby, Clerk of Court



Tracy Geiger
Deputy Clerk